**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PAUL E. CARNATHAN,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 1:06-CV-999** |
| v. : | |
| : | **(Chief Judge Kane)** |
| : | |
| **THE OHIO NATIONAL LIFE** : | |
| **INSURANCE CO.,** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 25th day of August 2008, the Court having been advised by the parties that discussions concerning Defendant's Motion in Limine (Doc. No. 51) are continuing, **IT IS HEREBY ORDERED** that the Memorandum and Order (Doc. No. 59) of this Court denying the Defendant's Motion in Limine (Doc. No. 51) is **VACATED**. Counsel shall advise the Court on or before August, 29, 2008, at 12:00 p.m. whether the issue in dispute has been resolved by the parties.

                                                                                       s/ Yvette Kane
                                                                                       Yvette Kane, Chief Judge
                                                                                       United States District Court
                                                                                       Middle District of Pennsylvania